| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 14mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Cindy C. Fan | REPORTER/LIBERTY RECORDING<br>10:42-10:58am (Total time for both cases) | |
| MAGISTRATE JUDGE<br>Kandis A. Westmore | DATE<br>12/9/2025 | NEW CASE ☐ | CASE NUMBER<br>4:25-mj-71446-MAG-1 |

APPEARANCES (CALLED W/ CASE 25-cr-00362-AMO-1)

| DEFENDANT<br>Maurice Herron | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Albert Boro | PD. ☐  RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Jonah Ross | INTERPRETER | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☒<br>NUNC PRO TUNC TO 12/5/25 |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Jalei Kinder for Brad Wilson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL 1 min | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☒ STATUS RE: PRELIM HRG (NOT HELD) |
| ☒ DETENTION HRG 13 mins | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

☐ ADVISED OF RIGHTS    ☐ ADVISED OF CHARGES    ☐ NAME AS CHARGED IS TRUE NAME    ☐ TRUE NAME:

**ARRAIGNMENT**

☐ ARRAIGNED ON INFORMATION    ☐ ARRAIGNED ON INDICTMENT    ☐ READING WAIVED SUBSTANCE    ☐ WAIVER OF INDICTMENT FILED

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED    CORPORATE SECURITY ☐    REAL PROPERTY: ☐
☐ CASH  $

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

☐ CONSENT ENTERED    ☐ NOT GUILTY    ☐ GUILTY    GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED    ☐ CHANGE OF PLEA    ☐ PLEA AGREEMENT FILED    OTHER:

**CONTINUANCE**

| TO: 12/16/2025 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:30AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS RE: PRELIMINARY HRG |
| BEFORE HON.<br>Judge Westmore | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Ms. Leavitt relieved as counsel, Mr. Boro appointed nunc pro tunc to 12/5/2025. GOVT moving for detention. For reasons stated, the Status Re: Prelim. Hrg and Detention Hrg. is rescheduled and specially set for 12/16/25 before Judge Westmore.
cc: USMS, PTS

DOCUMENT NUMBER: